UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 5: 21-042-DCR |
| Plaintiff/Respondent, | and |
| V. | Civil Action No. 5: 22-317-DCR |
| ANTHONY W. KING, | **JUDGMENT** |
| Defendant/Movant. | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the United States with respect to all issues raised herein.

2. The defendant's collateral proceeding (Civil Action 5: 22-317-DCR) is **DISMISSED** and **STRICKEN** from the docket.

3. A certificate of appealability shall not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay.

Dated: December 12, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky